EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re | 2017 TSPR 91 |
| Aprobación del Reglamento del Programa de Educación Jurídica Continua | 198 DPR _____ |

Número del Caso: ER-2017-4

Fecha: 2 de junio de 2017

Materia: Resolución del Tribunal.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Aprobación del Reglamento del
Programa de Educación Jurídica
Continua

ER-2017-4

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de junio de 2017.

El 19 de enero de 2017, la Junta de Educación Jurídica Continua (Junta) presentó ante nuestra consideración el *Proyecto de Enmiendas a los Reglamentos de Educación Jurídica Continua y del Programa de Educación Jurídica Continua* (Proyecto). Lo anterior, en cumplimiento con su deber de asegurar el más efectivo y adecuado funcionamiento del Programa de Educación Jurídica Continua (Programa). En particular, la Junta propuso la adopción de un nuevo reglamento que consolida la normativa dispuesta en el Reglamento de Educación Jurídica Continua de 1998 (Reglamento de 1998) y en el Reglamento del Programa de Educación Jurídica Continua de 2005 (Reglamento de 2005), según enmendados, y además modifica varias de las disposiciones allí contenidas. Véase In re Enmdas. R. Educ. Jur. Cont., 193 DPR 233 (2015). Véase además In re Aprobación Regl. Prog. Educ. Jur., 164 DPR 555 (2005); In re Regl. Educ. Jur. Cont., 146 DPR 494 (1998).

Tras un examen minucioso del Proyecto presentado por la Junta, y en virtud de nuestro poder inherente para reglamentar la profesión jurídica, adoptamos hoy un nuevo *Reglamento del*

*Programa de Educación Jurídica Continua*, el cual se hace formar parte de esta Resolución. Mediante la aprobación de este cuerpo normativo instituimos procesos más ágiles y eficientes que promueven la más efectiva administración del Programa y el uso óptimo de los recursos disponibles. Además, constituye un paso afirmativo para garantizar la excelencia en los servicios que prestan los profesionales del Derecho, quienes vienen obligados a capacitarse continuamente. Véase Canon 2 del Código de Ética Profesional, 4 LPRA Ap. IX.

Con la entrada en vigor de este nuevo reglamento, quedan derogados los Reglamentos de 1998 y de 2005, según enmendados. No obstante lo anterior, en conformidad con lo dispuesto en la Regla 41 recién adoptada, cualquier procedimiento iniciado bajo los reglamentos derogados continuará vigente, siempre y cuando sea compatible con este nuevo Reglamento. Confiamos en que la reglamentación que hoy aprobamos sirva de cimiento para la optimización de los procesos y el desarrollo de la educación jurídica continua en Puerto Rico.

Esta Resolución tendrá vigencia inmediata.

Notifíquese por correo electrónico a la Junta de Educación Jurídica Continua, al Director Ejecutivo del Programa de Educación Jurídica Continua, al Director Administrativo de los Tribunales y al Director de la Oficina de Prensa.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo

TRIBUNAL SUPREMO DE PUERTO RICO

# REGLAMENTO DEL PROGRAMA DE EDUCACIÓN JURÍDICA CONTINUA

# REGLAMENTO DEL PROGRAMA DE EDUCACIÓN JURÍDICA CONTINUA

## TABLA DE CONTENIDO

CAPÍTULO I. DISPOSICIONES GENERALES ......................................................................................... 1

    *Regla 1. Base legal* ................................................................................................................ 1

    *Regla 2. Título* ...................................................................................................................... 1

    *Regla 3. Misión* .................................................................................................................... 1

    *Regla 4. Aplicabilidad* .......................................................................................................... 1

    *Regla 5. Definiciones* ........................................................................................................... 3

CAPÍTULO II. JUNTA DE EDUCACIÓN JURÍDICA CONTINUA .......................................................... 5

    *Regla 6. Miembros: nombramiento, facultades y limitaciones* .......................................... 5

    *Regla 7. Reuniones* .............................................................................................................. 6

    *Regla 8. Director o Directora* .............................................................................................. 6

    *Regla 9. Funciones del Director o de la Directora* .............................................................. 6

CAPÍTULO III. ACREDITACIÓN DE EDUCACIÓN JURÍDICA CONTINUA ........................................... 7

    *Regla 10. Curso acreditable; requisitos* .............................................................................. 7

    *Regla 11. Aprobación y acreditación de cursos; requisitos* ................................................ 7

    *Regla 12. Cursos ofrecidos por entidades profesionales privadas con o sin fines de lucro; requisitos* ....................................................................................................................... 10

    *Regla 13. Cursos ofrecidos por entidades profesionales públicas; requisitos* .................. 11

    *Regla 14. Cómputo de créditos* ......................................................................................... 11

    *Regla 15. Cursos ofrecidos a distancia* ............................................................................. 11

    *Regla 16. Acreditación de actividades relacionadas con la educación jurídica continua* ... 11

    *Regla 17. Requisito de divulgación efectiva* ...................................................................... 12

CAPÍTULO IV. PROVEEDORES Y PROVEEDORAS .......................................................................... 12

    *Regla 18. Proveedores y proveedoras; requisitos* ............................................................. 12

    *Regla 19. Proveedores o proveedoras; solicitud* ............................................................... 13

    *Regla 20. Deberes del proveedor o de la proveedora sobre aprovechamiento académico* ... 14

    *Regla 21. Recursos* ............................................................................................................ 14

    *Regla 22. Actividades no relacionadas con educación jurídica continua* .......................... 14

    *Regla 23. Deber de proveer acomodo razonable* ............................................................... 15

    *Regla 24. Expedientes de los cursos* .................................................................................. 15

CAPÍTULO V. PROCEDIMIENTOS ANTE LA JUNTA ...................................................... 15

    *Regla 25. Peticiones* .................................................................... 15

    *Regla 26. Evaluación; determinación* ...................................... 16

    *Regla 27. Revisión de las decisiones del Director o de la Directora* ............... 16

    *Regla 28. Revisión ante el Tribunal Supremo* .......................... 17

CAPÍTULO VI. CUMPLIMIENTO POR LOS Y LAS PROFESIONALES DEL DERECHO ................................... 17

    *Regla 29. Cumplimiento* ............................................................ 17

    *Regla 30. Incumplimiento* ......................................................... 17

    *Regla 31. Vista informal* ........................................................... 18

    *Regla 32. Incumplimiento; referido a la Junta de Educación Jurídica Continua* ............... 19

    *Regla 33. Reinstalación* ............................................................. 19

CAPÍTULO VII. MECANISMOS ALTERNOS DE CUMPLIMIENTO ............................................. 19

    *Regla 34. Participación como recursos y enseñanza de cursos de Derecho* ...................... 20

    *Regla 35. Publicación de obras de contenido jurídico* ................ 20

CAPÍTULO VIII. DISPOSICIONES GENERALES ........................................................... 20

    *Regla 36. Representación Legal de Oficio* ................................. 20

    *Regla 37. Notificaciones del Director, de la Directora o de la Junta; modos de realizarlas* ............ 20

    *Regla 38. Confidencialidad* ....................................................... 20

    *Regla 39. Situaciones no previstas* ............................................ 21

    *Regla 40. Separabilidad* ........................................................... 21

    *Regla 41. Vigencia* ................................................................... 21

# REGLAMENTO DEL PROGRAMA DE EDUCACIÓN JURÍDICA CONTINUA

## CAPÍTULO I. DISPOSICIONES GENERALES

### Regla 1. Base legal

Este reglamento se promulga en virtud del poder inherente del Tribunal Supremo de Puerto Rico de reglamentar la profesión jurídica en Puerto Rico.

### Regla 2. Título

Este Reglamento se conocerá como Reglamento del Programa de Educación Jurídica Continua.

### Regla 3. Misión

El Tribunal Supremo de Puerto Rico, en virtud de su poder inherente de reglamentar la profesión de la abogacía y la notaría en el país, establece un programa de educación jurídica continua obligatoria dirigido a alentar y contribuir al mejoramiento académico de toda persona que ejerce la profesión del Derecho. Se crea la Junta de Educación Jurídica Continua, organismo al cual se le delegan las funciones necesarias para llevar a cabo este programa y velar por el cumplimiento de los requisitos establecidos en este Reglamento.

Una de las funciones básicas de la Junta es certificar que los y las profesionales del Derecho cumplan con su deber de tomar los cursos de educación jurídica aprobados por ésta, a través de los cuales se alcancen los objetivos pretendidos. Por consiguiente, la realización de esta misión requiere contar con un programa de educación jurídica continua administrado de manera eficiente y para que los y las profesionales del Derecho se mantengan al día en la jurisprudencia, la legislación, la doctrina y las destrezas necesarias para el desempeño de su profesión dentro de los más altos niveles de calidad y competencia.

Los mecanismos establecidos en este Reglamento le permiten a la Junta llevar a cabo su misión y las encomiendas delegadas. Sus reglas pretenden, además, propiciar el cumplimiento del deber ético que tiene todo y toda profesional del Derecho de mantener un alto grado de excelencia y competencia en los servicios legales que preste.

### Regla 4. Aplicabilidad

(A) Las disposiciones de este Reglamento aplican a todo y toda profesional del Derecho admitido o admitida al ejercicio de la abogacía y la notaría en Puerto Rico, así como a quienes el Tribunal Supremo ha suspendido del ejercicio de la profesión legal en forma temporal o por un periodo de tiempo específico.

1

(B) El abogado y la abogada a quien el Tribunal Supremo separe del ejercicio de la profesión en forma permanente o indefinida y que voluntariamente interese cumplir con el Programa de Educación Jurídica Continua, podrá hacerlo. En ese caso, se podrá emitir una certificación de estatus de cumplimiento a solicitud del o de la profesional del Derecho, o del Tribunal Supremo.

(C) Se excluye de las disposiciones de este Reglamento a:

(1) los jueces y las juezas del Tribunal General de Justicia de Puerto Rico, durante el término de sus cargos, y los exjueces y las exjuezas del Tribunal Supremo de Puerto Rico;

(2) los jueces y las juezas de la Corte Federal para el Distrito de Puerto Rico y de la Corte de Quiebras, y los magistrados y las magistradas federales, durante el término de sus cargos;

(3) los y las profesionales del Derecho con estatus de inactivo o de baja voluntaria ante la Secretaría del Tribunal Supremo, mientras dure dicha condición de inactividad o de baja voluntaria;

(4) los abogados y las abogadas que se hayan separado del ejercicio de la profesión de forma permanente y quienes, si se readmiten, corresponderá al Tribunal Supremo determinar cómo cumplirán con las disposiciones de este Reglamento;

(5) quienes el Tribunal Supremo admita a la profesión durante los 3 años siguientes a la fecha de admisión inicial al ejercicio de la abogacía;

(6) quienes hayan completado un grado de Maestría en Derecho o Doctorado en Ciencias Jurídicas, o su equivalente en Derecho, en alguna facultad de Derecho reconocida por la *American Bar Association*, el Tribunal Supremo de Puerto Rico o una entidad equivalente durante los 3 años siguientes a la fecha de obtención del grado;

(7) los y las profesionales del Derecho que solicitan ante la Junta de Educación Jurídica Continua y obtienen una exoneración por razones de justa causa durante el periodo de tiempo concedido;

(8) los y las miembros de los organismos del Tribunal Supremo siguientes:

(a) Comisión de Disciplina Judicial

(b) Comisión de Evaluación Judicial

(c) Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y la Notaría

(d) Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía

(e) Junta de Educación Jurídica Continua

(f) Comités de redactores(as) y correctores(as) de las reválidas general y notarial

(g) profesional del Derecho, mientras dure su designación, que sirva en otros comités, comisiones o juntas que, a juicio del Tribunal Supremo, deban ser relevados de cumplir con el Programa de Educación Jurídica Continua;

(9) las personas miembros de los siguientes organismos del Tribunal Federal de Distrito para el Distrito de Puerto Rico:

(a) Comité de Reválida Federal

(b) Comité de Admisiones a la Práctica del Tribunal Federal, y

(10) quienes se dediquen a la enseñanza del Derecho a tiempo completo en facultades de Derecho reconocidas por el Tribunal Supremo o por la *American Bar Association*, mientras desempeñen esa función.

## *Regla 5. Definiciones*

(A) Abogado activo o abogada activa – quien el Tribunal Supremo ha admitido al ejercicio de la profesión.

(B) Abogado inactivo o abogada inactiva – a quien el Tribunal Supremo ha autorizado el cambio a estatus de abogado inactivo o abogada inactiva en el Registro Único de Abogados y Abogadas del Tribunal Supremo.

(C) Acomodo razonable – ajuste lógico y razonable a los requisitos establecidos en este Reglamento para la acreditación de la educación jurídica continua que atenúe el efecto que pudiera tener el impedimento en la capacidad del o de la profesional del Derecho para obtener un aprovechamiento efectivo de los cursos, sin que este ajuste redunde cualquiera de los siguientes:

(1) alterar fundamentalmente el objetivo del Programa de Educación Jurídica Continua, que es alentar y contribuir al mejoramiento profesional mediante el aprovechamiento efectivo y óptimo de todo curso ofrecido, o

(2) imponer una carga indebida al Tribunal Supremo y a la Junta de Educación Jurídica Continua en la función administrativa de certificar el cumplimiento del requisito de educación jurídica continua.

(D) Certificado de participación- Se refiere al documento emitido por un proveedor o una proveedora certificando la participación de un o una profesional del Derecho en un curso o actividad relacionada con la educación jurídica continua. Incluye, como mínimo, el título y la fecha del curso, el nombre de la persona participante y las horas contacto completadas por el o la profesional del Derecho.

(E) Curso aprobado – curso de educación jurídica continua aprobado por el Programa que cumple con todos los requisitos establecidos en este Reglamento.

(F) Curso de educación jurídica continua – toda actividad educativa dirigida a los y a las profesionales del Derecho para su mejoramiento profesional, diseñada con el fin de que

3

adquieran, desarrollen y mantengan los conocimientos y las destrezas necesarias para el desempeño de la abogacía y la notaría dentro de los más altos niveles de calidad y competencia.

(G) Cursos preaprobados – cursos ofrecidos por las entidades incluidas en la Regla 18(B).

(H) Director o Directora – persona designada para ejercer la función de Director Ejecutivo o Directora Ejecutiva del Programa.

(I) Divulgación efectiva – anunciar el ofrecimiento del curso a toda persona miembro de la profesión legal mediante la publicación en periódicos de circulación general, radio, correo electrónico o cualquier otro medio de divulgación alterno.

(J) Educación a distancia – métodos de enseñanza y aprendizaje, sincronizados o no, en los cuales la persona recurso está separada en tiempo o espacio de los y las participantes. Incluye, pero no se limita a, teleconferencias, seminarios en vivo transmitidos por Internet, audio o videoconferencias en línea o pregrabadas.

(K) Entidad profesional privada – bufete, sociedad, corporación profesional, organización o entidad privada dedicada principalmente al ejercicio de la profesión legal.

(L) Entidad profesional pública – cualquier organización o entidad perteneciente a una agencia, un departamento, una corporación, una entidad o un organismo de las tres ramas de gobierno estatal y federal, y de los municipios.

(M) Horas crédito – horas dedicadas a la asistencia a un curso o seminario de educación jurídica continua ofrecido por un proveedor o una proveedora.

(N) Junta – Junta de Educación Jurídica Continua creada por este Reglamento para administrar el cumplimiento del requisito de educación jurídica continua, incluyendo el desarrollo y recomendación de programas específicos sujetos a la aprobación del Tribunal Supremo.

(O) Mecanismos de comprobación de asistencia - Se refiere a los métodos tecnológicos utilizados por el proveedor o la proveedora para constatar la participación del o de la profesional del Derecho en el curso, en conformidad con los parámetros establecidos por la Junta. Incluye los mecanismos que permitan registrar la participación durante el curso, el tiempo que tomó completarlo y la fecha en que el o la profesional del Derecho lo completó.

(P) Periodo de cumplimiento – periodo de 3 años dentro del cual se deberá cumplir con las 24 horas de educación jurídica continua según dispone la Regla 29 de este Reglamento y en conformidad con el mecanismo escalonado de cumplimiento que autoriza esta Regla.

(Q) Profesional del Derecho – toda persona autorizada por el Tribunal Supremo a ejercer la abogacía en Puerto Rico, excepto las admitidas a practicar la abogacía por cortesía.

(R) Programa – Programa de Educación Jurídica Continua establecido por el Tribunal Supremo, al amparo de su poder inherente para reglamentar la profesión jurídica, como un programa mandatorio para contribuir al mejoramiento de la profesión legal.

(S) Proveedor o proveedora – persona natural o jurídica que ofrece cursos de educación jurídica continua en conformidad con las disposiciones de este Reglamento.

## CAPÍTULO II. JUNTA DE EDUCACIÓN JURÍDICA CONTINUA

### Regla 6. Miembros: nombramiento, facultades y limitaciones

(A) El Tribunal Supremo nombrará una Junta para velar por el cumplimiento de los requisitos contenidos en este Reglamento. Esta Junta contará con 11 miembros que rendirán servicios *ad honorem*.

(B) Se nombrará el Presidente o la Presidenta de la Junta por el término de 5 años. Las demás personas miembros de la Junta se nombrarán de forma escalonada por términos de 2, 3, 4 y 5 años.

(C) Los y las miembros de la Junta permanecerán en sus puestos hasta tanto se nombre quien les suceda. Si surge alguna vacante, quien suceda ejercerá su puesto por el término restante.

(D) Las funciones de la Junta serán las siguientes:

(1) Certificar el cumplimiento del requisito de educación jurídica continua.

(2) Considerar casos de incumplimiento y someter al Tribunal Supremo el correspondiente informe con sus determinaciones y recomendaciones para la acción que corresponda, luego de haberle dado a la persona afectada la oportunidad de ser oída.

(3) Eximir del cumplimiento con los requisitos de educación jurídica continua al o a la profesional del Derecho que haya demostrado justa causa.

(4) Evaluar y recomendar la aprobación de proveedores y proveedoras.

(5) Preparar informes periódicos al Tribunal Supremo que contengan recomendaciones sobre cómo mejorar el funcionamiento de la educación jurídica continua.

(6) Adoptar las reglas necesarias para la administración eficiente de este Reglamento.

(E) El Presidente o la Presidenta de la Junta tendrá facultad para designar de entre sus miembros un Presidente Interino o una Presidenta Interina que le sustituya en cualquier momento durante su ausencia.

(F) La Junta tendrá la facultad para crear comités y subcomités de trabajo compuestos por un mínimo de 3 miembros con el fin de atender aquellos asuntos particulares que así entienda.

(G) Durante el periodo de su incumbencia, ninguna persona miembro de la Junta podrá ser proveedor o proveedora ni tener interés pecuniario o participación en los negocios de las entidades proveedoras de educación jurídica continua. Tampoco podrá participar como recurso en las actividades desarrolladas por los proveedores o las proveedoras al amparo del Programa. Esta prohibición no aplicará cuando un Juez o Jueza que sea miembro de la Junta participe como

recurso en las actividades de educación jurídica auspiciadas por la Academia Judicial Puertorriqueña.

### Regla 7. Reuniones

(A) El Presidente o la Presidenta convocará las reuniones de la Junta. Podrá delegar esta facultad al Director o a la Directora.

(B) Las reuniones se celebrarán personalmente, por vía telefónica, videoconferencia u otro medio electrónico confiable, según lo acuerde la Junta, en la fecha, hora y lugar señalados en la convocatoria. La participación en las reuniones podrá efectuarse por teléfono, videoconferencia u otro medio electrónico confiable, siempre y cuando no se afecten ni interrumpan los procesos.

(C) Constituirá cuórum la presencia de 4 miembros. Todas las decisiones se aprobarán por la mayoría de los y las miembros presentes.

(D) Los asuntos que requieran atención inmediata podrán consultarse a los y las miembros ausentes, ya sea por teléfono, vía facsímil o por correo electrónico.

(E) Se grabarán las reuniones cuando la Junta así lo determine. Sus deliberaciones serán de naturaleza confidencial.

(F) Se preparará la minuta correspondiente para cada reunión, la cual deberá incluir un resumen de los asuntos discutidos y todos los acuerdos a que llegue la Junta.

(G) Los y las miembros asistirán a las reuniones. Si tienen inconvenientes que impidan su presencia, deberán notificarlo.

(H) Los y las miembros revisarán las minutas y presentarán cualquier objeción por escrito, por teléfono, vía facsímil, por correo electrónico antes de la reunión o personalmente durante ésta. De no presentar alguna objeción, se considerará aprobada la minuta para todos los efectos, sin necesidad de traer el asunto nuevamente a la consideración de la Junta.

### Regla 8. Director o Directora

El Tribunal Supremo nombrará un Director o una Directora, quien estará a cargo de la dirección administrativa del Programa.

### Regla 9. Funciones del Director o de la Directora

El Director o la Directora es el funcionario administrativo o la funcionaria administrativa del Programa con las funciones necesarias para implementar este Reglamento. Entre otras, ejercerá las funciones siguientes:

(A) certificar proveedores;

(B) aprobar cursos de educación jurídica continua;

(C) custodiar y mantener bajo control todos los documentos, los registros, los expedientes y el equipo;

(D) expedir certificaciones a tenor de este Reglamento;

(E) dirigir, coordinar y supervisar el personal administrativo de la Junta;

(F) preparar las minutas de las sesiones de la Junta;

(G) evaluar situaciones de incumplimiento con los términos y requisitos de este Reglamento y recomendar la acción correspondiente;

(H) someter recomendaciones sobre cualquier otro asunto relacionado con el descargo de sus funciones y la administración eficiente de este Reglamento;

(I) administrar el fondo de becas que establezca la Junta, y

(J) realizar cualquier otra función necesaria para el cumplimiento de lo establecido en este Reglamento.

## CAPÍTULO III. ACREDITACIÓN DE EDUCACIÓN JURÍDICA CONTINUA

### Regla 10. Curso acreditable; requisitos

Para propósitos de acreditación, todo curso de educación jurídica continua cumplirá con los requisitos siguientes:

(A) tener un alto contenido intelectual y práctico relacionado con el ejercicio de la abogacía, la notaría o con los deberes y obligaciones éticas de los y las profesionales del Derecho;

(B) contribuir directamente al desarrollo de la competencia y destrezas profesionales para el ejercicio de la abogacía o la notaría;

(C) incluir materiales educativos con un alto nivel de calidad que se entregarán a cada participante en o antes de la fecha del curso, ya sea de forma impresa o electrónica;

(D) reflejar en sus contenidos que las personas recursos le han dedicado el tiempo necesario y que, en efecto, serán útiles para el mejoramiento académico de quienes ejercen la profesión;

(E) ser ofrecidos en un lugar y ambiente propicios, con el equipo electrónico o técnico necesario, en un espacio suficiente para la matrícula y que contribuyan a lograr una experiencia educativa enriquecedora para los y las participantes;

(F) brindar la oportunidad de hacer preguntas directamente a las personas recursos o a las cualificadas para contestar, ya sea personalmente, por escrito o a través de los medios electrónicos o de la tecnología utilizada.

### Regla 11. Aprobación y acreditación de cursos; requisitos

(A)(1) El proveedor o la proveedora deberá cumplir con los requisitos siguientes para que se evalúe su curso:

(a) Presentará la solicitud para la aprobación de un curso en el formulario adoptado por la Junta no menos de 45 días antes de la fecha de ofrecimiento del curso, excepto que el Director o la Directora acorte por justa causa este término. La presentación tardía podrá conllevar la devolución de la solicitud.

(b) Incluirá con la solicitud la información y los anejos que acrediten lo siguiente:

(i) título, descripción general del curso, objetivos educativos y metodología

(ii) lugar, fecha y hora

(iii) tiempo de duración y horas contacto

(iv) tiempo atribuible a aspectos éticos o de notaría, si aplica

(v) bosquejo del contenido con la descripción de los temas y la identificación de las fuentes de derecho aplicables

(vi) nombre de las personas recursos, sus cualificaciones profesionales y acreditación de que, para fines del Programa, no incumplen con los requisitos de educación jurídica continua

(vii) copia de los materiales que se distribuirán o mostrarán a los y las profesionales del Derecho participantes. Si el Director o la Directora lo autoriza así, podrá entregar los materiales 10 días antes del ofrecimiento del curso, siempre que describa en detalle su contenido en la solicitud.

(viii) precio del curso

(ix) nombre, dirección, número de teléfono, número de fax y correo electrónico del proveedor o de la proveedora.

(c) deberá surgir de la solicitud y sus anejos que el curso cumple con los requisitos de la Regla 10 de este Reglamento.

(A)(2) La decisión del Director o de la Directora en torno a la aprobación de un curso se notificará al proveedor o a la proveedora no más tarde de los 15 días siguientes de presentada la solicitud o la notificación de repetición. Toda solicitud o notificación de repetición incompleta por falta de información o documentos, se devolverá y considerará como no presentada para los efectos del Reglamento. Si el Director o la Directora no notifica su decisión dentro del término de 15 días provisto en esta Regla, el curso se dará por aprobado.

(A)(3) Dentro de los 30 días siguientes al ofrecimiento del curso, el proveedor o la proveedora presentará ante el Programa lo siguiente:

(a) una lista con los nombres, el número ante el Tribunal Supremo y las horas crédito de los y las profesionales del Derecho que tomaron el curso;

(b) una certificación de que el curso estuvo disponible al público y que se administró según informado en la solicitud o, de haber ocurrido alguna variación, la descripción de ésta con la explicación de cómo la variación no debería afectar la aprobación que se le había impartido al curso;

(c) un informe breve en el formulario adoptado por la Junta sobre la evaluación del curso por los y las profesionales del Derecho que lo tomaron, y

(d) una cuota de $3 por cada hora crédito tomada por cada profesional del Derecho.

(A)(4) El proveedor o la proveedora deberá asegurarse que los y las profesionales de Derecho participantes completen la hoja de evaluación provista por el Programa. Los y las miembros de la Junta, así como sus funcionarias y funcionarios administrativos, podrán visitar la actividad educativa a los fines de evaluar el cumplimiento con los requisitos establecidos.

(A)(5) Un curso se considerará aprobado por el periodo de 1 año. El proveedor o la proveedora podrá repetir el curso durante este término siempre que notifique la fecha cuando se ofrecerá nuevamente con al menos 15 días de antelación, excepto que la Junta acorte por justa causa este término. La notificación de repetición incluirá el título del curso, el código asignado por el Programa, la(s) fecha(s) en que se ofrecerá(n), una certificación que acredite que el curso se administrará según aprobado originalmente y que está actualizado.

(B) El y la profesional del Derecho deberá cumplir con los requisitos siguientes para que se les acredite el curso de educación jurídica continua:

(1) La solicitud para la acreditación de un curso se presentará dentro de los 6 meses del ofrecimiento del curso, a menos que el Director o la Directora extienda dicho término por justa causa, pero nunca más de 1 año después de haber tomado el curso.

(2) La solicitud se presentará en el formulario adoptado por la Junta e incluirá la información siguiente:

(a) una descripción general del curso y cualquier material que el proveedor o la proveedora tenga disponible que explique el contenido, el nombre del o de la recurso, el lugar, el día y la hora, el número de horas contacto, el pago de matrícula y el tiempo atribuible a la notaría o a la ética, si aplica;

(b) cualquier dato sobre el proveedor o la proveedora que sea útil para que se pueda evaluar el historial de éste o ésta y determinar si procede que se acoja la solicitud, y

(c) un certificado de participación.

(3) De la solicitud y sus anejos deberá surgir que el curso cumple con los requisitos de la Regla 10 de este Reglamento.

(4) Se incluirá un pago equivalente al 5% de la cantidad pagada por tomar el curso o $15 por hora crédito solicitada, lo que sea menor.

### Regla 12. *Cursos ofrecidos por entidades profesionales privadas con o sin fines de lucro; requisitos*

(A) Las entidades profesionales privadas con o sin fines de lucro con interés en ofrecer un curso para que se le acredite como educación jurídica a sus miembros cumplirán con lo siguiente:

(1) presentar su solicitud conforme a la Regla 11(A)(1) a (A)(5);

(2) incluir con la solicitud la información y los documentos necesarios para demostrar que el curso cumple con los requisitos de la Regla 10;

(3) acreditar que el curso se ofrecerá a un costo razonable, determinado a base de la cantidad que regularmente se cobra por un curso similar en el mercado de Puerto Rico;

(4) separar, al menos, el 25% de los espacios para que cualquier profesional del Derecho con interés pueda tomarlo como educación jurídica continua;

(5) cumplir con el requisito de divulgación efectiva dispuesto en la Regla 17;

(6) admitir solicitudes de profesionales del Derecho que no están asociados con la entidad profesional privada conforme a los espacios separados al amparo de esta Regla. Si al momento de comenzar a admitir solicitantes, hubiera más solicitudes que espacios disponibles, los y las participantes que se admitan se escogerán de acuerdo con el orden de llegada de las solicitudes, y si alguna persona solicitante admitida cancela o no remite el pago oportunamente, se deberá escoger de inmediato a un sustituto o a una sustituta, siguiendo el orden de llegada de las solicitudes de quienes no hayan sido previamente escogidos;

(7) dentro de los 30 días siguientes al ofrecimiento del curso,

(a) acreditar que se cumplió con el requisito de divulgación efectiva dispuesto en el inciso (A)(5) de esta Regla;

(b) identificar los y las profesionales del Derecho pertenecientes o no a la entidad profesional privada, de manera que se pueda constatar el cumplimiento con la reserva de espacios para profesionales del Derecho no asociados o afiliados a la entidad profesional privada;

(c) cumplir con el requisito dispuesto en la Regla 11(A)(3).

(B) Todo curso aprobado en conformidad con el inciso (A) de esta Regla será acreditado hasta 1/3 del total de horas requeridas en cada periodo de cumplimiento.

### Regla 13. Cursos ofrecidos por entidades profesionales públicas; requisitos

(A) Las entidades profesionales públicas con interés en ofrecer un curso para que se le acredite como educación jurídica continua a sus empleados y empleadas que sean profesionales del Derecho cumplirán con lo siguiente:

(1) presentar una solicitud en el formulario adoptado por la Junta con no menos de 45 días antes del ofrecimiento del curso, excepto que la Junta acorte por justa causa dicho término;

(2) incluir la información y los documentos necesarios para acreditar que el curso cumple con los requisitos de la Regla 10, y

(3) cumplir con el requisito dispuesto en la Regla 11(A)(3). Cuando el curso ofrecido por la entidad profesional pública a sus empleados y empleadas sea libre de costo, no corresponderá el pago de cuota de $3 por cada hora crédito tomada por cada profesional del Derecho.

### Regla 14. Cómputo de créditos

Las 24 horas crédito de educación jurídica continua se calcularán de la manera siguiente:

(A) una hora crédito consistirá de 60 minutos de participación en actividades propias de educación legal,

(B) las horas crédito tomadas en exceso del total requerido se acreditarán al próximo periodo de cumplimiento siempre que no excedan de 24 y

(C) no se acreditarán horas crédito correspondientes a repeticiones de cursos de educación jurídica continua a menos que haya transcurrido 1 año (365 días) a partir de cada ofrecimiento.

### Regla 15. Cursos ofrecidos a distancia

(A) Se podrán acreditar cursos que se ofrezcan a distancia en los cuales se utilicen métodos de enseñanza y aprendizaje, ya sean sincronizados o no sincronizados, siempre que existan mecanismos de comprobación de asistencia y cumplan con las disposiciones de la Regla 10 de este Reglamento.

(B) La solicitud para la aprobación de un curso a distancia cumplirá con los requisitos de la Regla 11 de este Reglamento.

(C) Se considerarán "métodos sincronizados" aquellos en los que la interacción entre la persona recurso y el o la participante sea simultánea. Se considerarán "métodos no sincronizados" aquellos en los que la comunicación entre la persona recurso y el o la participante sea diferida.

(D) No se acreditarán horas crédito tomadas mediante autoestudio.

*Regla 16. Acreditación de actividades relacionadas con la educación jurídica continua*

El o la profesional del Derecho podrá solicitar al Programa que le acredite como horas crédito de educación jurídica continua aquellas actividades educativas que no estén diseñadas exclusivamente como cursos de educación jurídica continua, siempre que cumplan con lo siguiente:

(A) tener un alto contenido intelectual y práctico, relacionado con el ejercicio de la abogacía o la notaria, o con los deberes y las obligaciones éticas de los profesionales del Derecho, y

(B) contribuir directamente al desarrollo de la competencia y las destrezas profesionales para el ejercicio de la abogacía o la notaría.

La Junta, en el ejercicio de su discreción, determinará si considera favorablemente la solicitud que por virtud de esta Regla presente el o la profesional del Derecho. Este último deberá acompañar con su solicitud el certificado de participación emitido por la entidad auspiciadora que incluya un total de horas contacto, un prontuario o materiales de dicha actividad y una cuota de $15 por actividad solicitada. De considerar favorablemente tal solicitud, la Junta tendrá la facultad de realizar los ajustes necesarios entre el tiempo contacto y el tiempo acreditable hasta un máximo de 12 créditos de educación jurídica continua por periodo de cumplimiento.

*Regla 17. Requisito de divulgación efectiva*

(A) El proveedor o la proveedora que solicite la aprobación de un curso para acreditación podrá publicar sus ofrecimientos en cualquiera de los mecanismos a través de los cuales se realice una divulgación efectiva dirigida a los y las profesionales del Derecho que pudieran tener interés en tomar los cursos. Una vez aprobado el curso, el proveedor o la proveedora deberá anunciarlo según la definición de la Regla 5(I).

(B) La Junta divulgará a través del Portal de la Rama Judicial los cursos aprobados a base de la información que conste en sus expedientes administrativos, la cual se mantendrá actualizada.

## CAPÍTULO IV. PROVEEDORES Y PROVEEDORAS

*Regla 18. Proveedores y proveedoras; requisitos*

(A) Cualquier persona natural o jurídica que demuestre su capacidad para ofrecer cursos de educación jurídica continua podrá considerarse proveedor o proveedora si cumple con los requisitos siguientes:

(1) demostrar que la misión de cada curso que administra o de su programa de educación es el mejoramiento de los y las profesionales del Derecho a través de la educación jurídica continua,

(2) demostrar que posee la solvencia económica necesaria para administrar cursos o mantener un programa de educación jurídica continua de la más alta calidad y

(3) comprometerse a cumplir con la misión y los propósitos del Programa.

(B) Se presume que las siguientes organizaciones cumplen con lo dispuesto en el Capítulo IV de este Reglamento y sus cursos se considerarán preaprobados:

(1) Academia Judicial Puertorriqueña
(2) American Bar Association y sus secciones
(3) American Bankruptcy Institute
(4) American Immigration Lawyers Association
(5) American Law Institute
(6) Association of Defense Trial Attorneys
(7) Asociación de Abogados de Puerto Rico y sus instituciones afiliadas
(8) Colegio de Abogados y Abogadas de Puerto Rico y sus instituciones afiliadas
(9) Colegio de Notarios de Puerto Rico
(10) Escuela de Derecho de la Pontificia Universidad Católica de Puerto Rico y sus instituciones afiliadas
(11) Escuela de Derecho de la Universidad de Puerto Rico y sus instituciones afiliadas
(12) Facultad de Derecho de la Universidad Interamericana de Puerto Rico y sus instituciones afiliadas
(13) Federal Bar Association
(14) Instituto de Capacitación y Desarrollo del Pensamiento Jurídico del Departamento de Justicia
(15) National Bar Association
(16) National Employment Law Institute
(17) National Institute for Trial Advocacy
(18) National Judicial College
(19) The Judge Advocate General's School of the US Army
(20) Cualquier otra institución que la Junta incluya mediante Resolución.

Una vez ofrecido un curso preaprobado, el proveedor o la proveedora cumplirá con la Regla 11(A)(3)(a) y 11(A)(3)(d) de este Reglamento, acreditará que la(s) persona(s) recurso(s) no incumplen al momento de ofrecer el curso y completará y presentará el formulario correspondiente. En aquellos casos en que el o la profesional del Derecho solicite la acreditación, cumplirá con la Regla 11(B)(1), 11(B)(2)(c) y 11(B)(4) de este Reglamento. El Director o la Directora tendrá la facultad de denegar un curso preaprobado al determinar, por escrito y de forma fundamentada, que el curso no cumple con la Regla 10.

(C) El Director o la Directora tendrá la facultad de requerir la información que entienda pertinente para corroborar que los cursos ofrecidos cumplen con los requisitos establecidos reglamentariamente.

### Regla 19. Proveedores y proveedoras; solicitud

La persona natural o jurídica que interese ser proveedor o proveedora de cursos de educación jurídica continua deberá presentar ante la Junta la información siguiente:

(A) nombre del proveedor o de la proveedora, dirección, número de teléfono, número de fax, correo electrónico y dirección de página web, si alguna;

(B) nombre y título de la persona contacto;

(C) descripción de su experiencia en el campo jurídico, de sus facilidades físicas y de la preparación de las personas a cargo de la organización, enseñanza y supervisión de los cursos;

(D) Certificado de Cumplimiento (*Good Standing*) expedido por el Departamento de Estado cuando se trate de una corporación;

(E) declaración de que se compromete a cumplir con la misión del Programa y con todos los requisitos establecidos por el Tribunal Supremo en este Reglamento y en disposiciones relacionadas.

### Regla 20. Deberes del proveedor y de la proveedora sobre aprovechamiento académico

(A) El proveedor o la proveedora realizará evaluaciones continuas y sistemáticas en cuanto a los logros de los objetivos educativos, del diseño de programas, de los métodos pedagógicos, del contenido de materiales, de la calidad de los recursos, entre otros.

(B) El Programa solicitará al proveedor o a la proveedora que rinda informes sobre cómo los mecanismos utilizados logran el aprovechamiento académico de sus cursos, los objetivos del programa y la continua presencia y participación real y efectiva de las personas asistentes.

(C) El Programa podrá verificar la eficacia de estos mecanismos a través de los procedimientos que establezca con ese propósito. El proveedor o la proveedora conservará los documentos y expedientes relacionados con el cumplimiento de esta Regla por un término de 5 años para que el Programa los inspeccione eventualmente.

### Regla 21. Recursos

(A) El proveedor o la proveedora establecerá los mecanismos necesarios que garanticen que las personas recursos de educación jurídica continua poseen las cualificaciones, la competencia profesional y las destrezas pedagógicas que permiten una enseñanza provechosa de los cursos.

(B) El proveedor o la proveedora acreditará que los y las profesionales del Derecho que fungen como recursos no incumplen con los requisitos de educación jurídica continua.

### Regla 22. Actividades no relacionadas con la educación jurídica continua

Si el proveedor o la proveedora combina un curso con otras actividades que no son objeto de acreditación por el Programa, expresará en los documentos que rinda el tiempo exacto dedicado a la educación jurídica continua y el tiempo dedicado a la otra actividad.

### Regla 23. *Deber de proveer acomodo razonable*

El proveedor o la proveedora ofrecerá un acomodo razonable al o a la profesional del Derecho que lo solicite por razón de algún impedimento, para que pueda cumplir con el requisito de educación jurídica continua obligatoria.

### Regla 24. *Expedientes de los cursos*

(A) El proveedor o la proveedora conservará por un término de 5 años los expedientes sobre los cursos que haya ofrecido para propósitos de acreditación y los mantendrá a la disposición del Programa para inspección cuando éste los requiera.

(B) Los expedientes incluirán la información esencial para la acreditación de la educación jurídica continua:

(1) identificación de los cursos;

(2) recursos que participaron;

(3) listas de asistencia con las firmas de quienes tomaron los cursos;

(4) evaluaciones de los cursos por parte de los y las profesionales del Derecho que los tomaron;

(5) certificaciones de participación expedidas y certificaciones relacionadas;

(6) utilización de mecanismos tecnológicos o de otra índole para la enseñanza en forma individual o a distancia;

(7) informes sobre aprovechamiento académico de los cursos, y

(8) cualquier otra información pertinente.

## Capítulo V. Procedimientos ante la Junta

### Regla 25. *Peticiones*

(A) Cualquier persona interesada en una determinación de la Junta podrá presentar por escrito cualquiera de las solicitudes siguientes:

(1) Solicitud para ejercer como proveedor o proveedora en conformidad con las Reglas 18 y 19

(2) Solicitud para la aprobación de cursos a tenor de la Regla 11(A)

(3) Solicitud para la acreditación de cursos conforme con la Regla 11(B)

(4) Solicitud de exoneración a tenor de la Regla 4

(5) Solicitud de apelación a tenor de la Regla 27

(6) Solicitud para la acreditación de actividades relacionadas con la educación jurídica continua a tenor de la Regla 16

(7) Cualquier otra petición que pudiera surgir de la aplicación de este Reglamento.

(B) Requisitos

(1) La solicitud se presentará en el formulario aprobado por la Junta, describirá en forma detallada y precisa el propósito e incluirá los documentos pertinentes que la apoyan. En ausencia de un formulario, la persona interesada lo presentará por escrito.

(2) La solicitud para la aprobación y acreditación de cursos incluirá la información requerida en la Regla 11, excepto los proveedores y las proveedoras con cursos preaprobados según la Regla 18(B).

## *Regla 26. Evaluación; determinación*

(A) El Director o la Directora evaluará las solicitudes que hayan sido presentadas debidamente.

(B) El Director o la Directora podrá denegar toda solicitud que no cumpla con los requisitos de este Reglamento o que esté incompleta.

(C) En la evaluación de la solicitud, el Director o la Directora podrá requerir información adicional al o a la solicitante.

(D) El Director o la Directora podrá conceder la solicitud en todo o en parte, o denegarla. En ambos casos, deberá notificar su decisión al o a la solicitante.

(E) Si el Director o la Directora no concede o deniega una solicitud dentro de un término de 45 días, se tendrá por aprobada.

## *Regla 27. Revisión de las decisiones del Director o de la Directora*

(A) *Reconsideración de otras solicitudes presentadas ante el Director o la Directora*

La persona que no esté conforme con la determinación del Director o de la Directora en cuanto a un asunto podrá solicitarle una reconsideración dentro de los 15 días siguientes a la notificación de la decisión. Expresará las razones en que se fundamenta y podrá solicitar la celebración de una vista informal, la que el Director o la Directora concederá a discreción. El Director o la Directora resolverá la reconsideración dentro de los 10 días siguientes a su presentación, salvo que medie una solicitud para una vista informal, en cuyo caso el término se interrumpirá hasta que el Director o la Directora tome una determinación y así la notifique.

(B) *Apelación ante la Junta*

16

La persona que no esté conforme con la determinación en reconsideración del Director o de la Directora podrá presentar ante la Junta un recurso de apelación dentro de los 10 días siguientes a la fecha de notificación de la decisión.

(C) Los términos anteriores son de cumplimiento estricto.

### Regla 28. Revisión ante el Tribunal Supremo

Las decisiones de la Junta serán finales. El Tribunal Supremo podrá revisarlas mediante una solicitud de *certiorari* que deberá presentarse dentro de los 10 días siguientes a la notificación de la decisión de la Junta.  Dicho término es de cumplimiento estricto.

## CAPÍTULO VI. CUMPLIMIENTO POR LOS Y LAS PROFESIONALES DEL DERECHO

### Regla 29. Cumplimiento

(A) El y la profesional del Derecho activo o activa deberá cumplir con un mínimo de 24 horas crédito de educación jurídica continua en cada periodo de 3 años. De esas 24 horas crédito, al menos 4 deberán dedicarse a cursos de ética profesional. Dentro de las 24 horas crédito requeridas, quienes tengan estatus de activo en la notaría al momento de terminar el periodo de cumplimiento deberán tomar al menos 6 horas crédito en cursos de derecho  notarial. Las horas crédito en exceso del mínimo requerido se podrán acreditar al periodo siguiente siempre que no excedan de 24 horas. Al finalizar cada periodo de cumplimiento, el o la profesional del Derecho deberá asegurar que su cumplimiento está acreditado por el Programa. De haber discrepancia, el o la profesional del Derecho deberá evidenciar el cumplimiento.

(B) El periodo de cumplimiento de cada profesional del Derecho comienza el primer día de su mes de nacimiento y transcurre durante 36 meses hasta el último día del mes anterior al de su nacimiento, a partir de la entrada en vigor del Reglamento o de su admisión a la práctica de la profesión, según aplique.

(C) Toda notificación que requiera este Reglamento se enviará a la dirección que consta en el Registro Único de Abogados y Abogadas (RUA) del o de la profesional del Derecho para recibir notificaciones.

### Regla 30. Incumplimiento

(A) Transcurridos al menos 60 días desde la terminación de cada periodo de cumplimiento, el Programa notificará un Aviso de Incumplimiento al o a la profesional del Derecho que no haya cumplido con los créditos requeridos.

(B) Emitida la notificación del Aviso de Incumplimiento, el y la profesional del Derecho podrá:

(1) presentar en un término de 30 días una comparecencia escrita exponiendo las razones que justifiquen su incumplimiento junto con la prueba que sustente sus planteamientos, o;

(2) solicitar por escrito, en un término de 15 días, la celebración de una vista informal, la cual se concederá a discreción del Director o de la Directora. En la solicitud, el o la profesional del Derecho deberá exponer las razones por las cuales considera que no puede presentar sus argumentos por escrito y que justifican la celebración de una vista informal en su caso.

(C) Si el o la profesional del Derecho no presenta alguna comparecencia escrita ni solicita la celebración de una vista informal dentro del término dispuesto en el inciso (B), se entenderá que el Aviso de Incumplimiento se emitió correctamente y que se le brindó al o a la profesional del Derecho la oportunidad de exponer sus argumentos y objeciones. Por lo que, este deberá cumplir con las horas crédito requeridas dentro del término de 60 días a partir de la notificación del Aviso de Incumplimiento.

(D) Si el o la profesional del Derecho presenta alguna comparecencia escrita con relación al Aviso de Incumplimiento o solicita la celebración de una vista informal dentro de los términos dispuestos en el inciso (B) de esta Regla, el Director o la Directora evaluará las razones expuestas y emitirá la determinación que proceda, conforme a la reglamentación aplicable. Toda determinación del Director o de la Directora se notificará oportunamente al o a la profesional del Derecho a que se refiera. La presentación de alguna comparecencia escrita con relación al Aviso de Incumplimiento o la solicitud para la celebración de una vista informal no tendrá el efecto de interrumpir automáticamente el término dispuesto en el inciso (C) de la Regla.

(E) El y la profesional del Derecho a quien se le notifique un Aviso de Incumplimiento deberá pagar una multa de $50 en un periodo de 60 días a partir de la notificación. El haber optado por alguna de las alternativas dispuestas en esta Regla o el haber cumplido con las horas créditos requeridas luego de emitido un Aviso de Incumplimiento no eximirá al o a la profesional del Derecho del pago de la multa salvo que acredite que ha cumplido durante el periodo de cumplimiento correspondiente.

## Regla 31. *Vista informal*

(A) En los casos en que el Director o la Directora conceda una vista informal solicitada en conformidad con lo dispuesto en la Regla 30, citará por escrito al o a la profesional del Derecho. La citación incluirá el propósito de la vista, la fecha, el lugar de celebración y el(los) periodo(s) incumplido(s).

(B) El o la profesional del Derecho que se cite a una vista informal por incumplimiento expondrá las razones que justifiquen su incumplimiento y presentará la prueba de que disponga.

(C) El Director o la Directora evaluará las razones expuestas y resolverá lo que proceda conforme a la reglamentación aplicable.

(D) Cuando la celebración de la vista informal se delegue en una persona representante autorizada, ésta emitirá un informe con sus recomendaciones al Director o a la Directora.

(E) En caso de incomparecencia, la Junta podrá remitir el asunto directamente al Tribunal Supremo.

(F) Toda determinación del Director o de la Directora se notificará oportunamente al o a la profesional del Derecho a que se refiera.

### Regla 32. Incumplimiento; referido a la Junta de Educación Jurídica Continua

(A) El Director o la Directora referirá a la Junta el incumplimiento del o de la profesional del Derecho cuando:

(1) transcurridos los 60 días a partir de la notificación del Aviso de Incumplimiento este o esta no haya contestado el mismo, solicitado la celebración de una vista informal, ni acreditado su cumplimiento con las horas crédito requeridas o emitido el pago de la multa por incumplimiento; o cuando

(2) culminado el trámite dispuesto en la Regla 30(D) para la revisión por parte del Director o la Directora de cualquier escrito o contestación al Aviso de Incumplimiento, el o la profesional del Derecho no haya acreditado el cumplimiento con las horas crédito requeridas o emitido el pago de la multa por incumplimiento.

(B) La Junta examinará el asunto sometido a su consideración y emitirá una determinación, la cual se notificará oportunamente al o a la profesional del Derecho a que se refiera.

(C) Culminadas las gestiones dispuestas en este Reglamento, sin que el o la profesional del Derecho haya justificado su incumplimiento, la Junta referirá el asunto al Tribunal Supremo.

(D) Cuando la Junta determine referir al o a la profesional del Derecho al Tribunal Supremo, podrá imponerle una multa de $100. Esta multa será adicional a la dispuesta en la Regla 30(E) de este Reglamento. El cumplimiento con las horas créditos requeridas luego de haberse referido el asunto al Tribunal Supremo no exime al o a la profesional del Derecho del pago de esta multa.

### Regla 33. Reinstalación

(A) El o la profesional del Derecho suspendido o suspendida por incumplir con los requisitos contenidos en este Reglamento no queda exento o exenta de subsanar el incumplimiento por el cual se suspendió, ni de tomar el número de horas crédito que el Tribunal Supremo determine que corresponden para el periodo que estaba en curso a la fecha de la suspensión.

(B) El o la profesional del Derecho con interés en que se le reinstale al ejercicio de la profesión, debe solicitarlo por escrito al Tribunal Supremo. En su solicitud hará constar, de manera precisa, la forma en que cumplió con el requisito de educación jurídica, según se dispone en el inciso (A).

### CAPÍTULO VII. MECANISMOS ALTERNOS DE CUMPLIMIENTO

*Regla 34. Participación como recursos y enseñanza de cursos de Derecho*

Los y las profesionales del Derecho que participen como recursos de educación jurídica continua o que ofrezcan cursos de Derecho a tiempo parcial en escuelas de Derecho de las universidades reconocidas por el Tribunal Supremo o por la *American Bar Association*, podrán recibir acreditación por esta función cuando presenten ante la Junta su solicitud y la certificación del proveedor o de la proveedora en la que conste su participación y horas de enseñanza.

*Regla 35. Publicación de obras de contenido jurídico*

Los y las profesionales del Derecho que publiquen libros de contenido jurídico y artículos en revistas jurídicas reconocidas recibirán la acreditación por estas publicaciones, que no rebasará 2 periodos de cumplimiento, cuando presenten su solicitud con la evidencia pertinente sobre la publicación realizada y las horas dedicadas. Corresponderá al Director o a la Directora y, en última instancia, a la Junta determinar la cantidad de horas crédito que se acreditarán por las publicaciones.

**CAPÍTULO VIII. DISPOSICIONES GENERALES**

*Regla 36.  Representación legal de oficio*

Los y las profesionales del Derecho que ofrezcan servicios como resultado de una asignación de oficio del tribunal en procedimientos de naturaleza civil o penal podrán recibir acreditación cuando presenten su solicitud con la certificación emitida por el tribunal.

El cómputo para establecer las horas crédito que se convalidarán por el servicio como abogado o abogada de oficio corresponderá a una (1) hora crédito general por cada (5) horas de trabajo, hasta un máximo de cinco (5) horas crédito por año natural. El total de horas crédito de educación jurídica continua acumulado no excederá de doce (12) créditos por periodo de cumplimiento. El sobrante de las horas podrá acreditarse al próximo periodo de cumplimiento, en conformidad con lo dispuesto en este Reglamento.

Las horas de servicio como abogado o abogada de oficio no podrán sustituir el requisito de las 4 horas crédito de Ética Profesional ni el de 6 horas crédito de derecho notarial requeridos por cada periodo de cumplimiento.

*Regla 37. Notificaciones del Director, de la Directora o de la Junta; modos de realizarlas*

Las notificaciones del Director, de la Directora o de la Junta a los y las profesionales del Derecho, y a los proveedores y las proveedoras podrán realizarse a través del correo ordinario, vía facsímil o por medios electrónicos.

*Regla 38. Confidencialidad*

Todo documento relacionado con el requisito de educación jurídica continua se considerará confidencial y no se  divulgará, excepto cuando lo solicite el propio abogado o la

propia abogada a quien se refiere el documento o cuando sea necesario que se utilice como evidencia en cualquier procedimiento judicial.

### *Regla 39. Situaciones no previstas*

El Director o la Directora, con la aprobación del Presidente o de la Presidenta de la Junta, podrá tomar medidas para atender situaciones no previstas en la forma como, a su juicio, sirva a los mejores intereses de todas las partes.

### *Regla 40. Separabilidad*

Si por legislación o determinación judicial cualquier disposición de este Reglamento se declara nula o ineficaz en todo o en parte, la disposición se tendrá por no puesta y no afectará la validez de las demás disposiciones, las cuales continuarán en todo su vigor y eficacia.

### *Regla 41. Vigencia*

Estas reglas tendrán vigencia inmediata. Se deroga el Reglamento de Educación Jurídica Continua de 1998 y el Reglamento del Programa de Educación Jurídica Continua de 2005. Cualquier iniciativa o procedimiento iniciado bajo ambos Reglamentos derogados continuará vigente, siempre y cuando sea compatible con este Reglamento.